■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL

IBARRA, Appellant.—Judgment, Supreme Court, New York County, rendered on March 13, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sandler, Sullivan and Bloom, JJ.